IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NUMBER 3:24-CV-334-TEJ

| | |
|---|---|
| NAYJA JOHNSON, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through Dena J. King, the United States Attorney for the Western District of North Carolina, and moves the Court to dismiss Plaintiff's Complaint on behalf of the United States and Eric Tillman ("Defendants") pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for lack of subject-matter jurisdiction and failure to state a claim for which relief may be granted. In support, Defendants file contemporaneously herewith a memorandum of law and the Notice of Substitution of the United States (and Certification attached thereto as Exhibit 1).

WHEREFORE the undersigned hereby moves the Court to dismiss Plaintiff's Complaint or in the alternative to grant such other relief as may be just and proper.

This the 5th day of August, 2024.

                **DENA J. KING**
                UNITED STATES ATTORNEY

                **s/James B. Gatehouse**
                James B. Gatehouse
                Assistant United States Attorney
                N.C. Bar No. 22811
                Carillon Building, Suite 1650
                227 West Trade Street
                Charlotte, NC 28202
                Tel: 704-344-6222
                Fax: 704-344-6629
                E-Mail: James.Gatehouse@usdoj.gov

                Jonathan M. Warren
                Assistant United States Attorney
                N.C. Bar No. 53653
                227 West Trade Street
                 Charlotte, NC 28202
                Tel: 704-227-0182
                Email: Jonathan.Warren@usdoj.gov

                *Counsel for Defendants*