## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

NAYJA JOHNSON,

                    Plaintiff,

v.                                   CIVIL ACTION NO.  3:24-cv-00334-TEJ

ERIC TILLMAN**,** et al.,

                    Defendants.

## ORDER

For reasons appearing to the Court, the telephonic scheduling conference currently scheduled for August 30, 2024, is **CONTINUED** to **September 6, 2024, at 10:30 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

               ENTER:      August 19, 2024

_____

THOMAS E. JOHNSTON, CHIEF JUDGE