IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

NAYJA JOHNSON,

    Plaintiff,

v.                           CIVIL ACTION NO. 3:24-cv-00334-TEJ

ERIC TILLMAN, et al.,

    Defendants.

## ORDER

Pending before the Court is the Plaintiff's unopposed motion to stay. For good cause shown the Court **GRANTS** the motion (ECF No. 18) and **STAYS** the above-styled civil action. Further, the Court **DIRECTS** the Clerk to remove the case from its active docket. The Court schedules a telephonic status conference for **April 4, 2025, at 10:00 a.m**. The call-in information for the call is as follows: 304-461-4955, then dial 633 027 107# to be placed on hold pending the start of the call.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:     September 5, 2024

                    THOMAS E. JOHNSTON
                    UNITED STATES DISTRICT JUDGE